NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**GAMBIT CLYDE SHREVE,**
*Claimant-Appellant,*

v.

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**
*Respondent-Appellee.*

---

2012-7077

---

Appeal from the United States Court of Appeals for Veterans Claims in case no. 10-3629, Judge Lawrence B. Hagel.

---

**ON MOTION**

---

**ORDER**

The Secretary of Veterans Affairs moves without opposition for a 21-day extension of time, until August 27, 2012, to file his response brief.

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

**AUG 14 2012**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Thomas R. Bender, Esq.
Michael S. Macko, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 14 2012

JAN HORBALY
CLERK